1 GARY E. KLAUSNER (SBN 69077)
gek@lnbyb.com
2 JEFFREY S. KWONG (SBN 288239)
jsk@lnbyb.com
3 LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
4 Los Angeles, CA 90067
Telephone: (310) 229-1234
5
KEVIN D. RISING (SBN 211663)
6 kevin.rising@btlaw.com
L. RACHEL LERMAN (SBN 193080)
7 rachel.lerman@btlaw.com
JOEL R. MEYER (SBN 247620)
8 joel.meyer@btlaw.com
BARNES &THORNBURG LLP.
9 2029 Century Park East Suite 300
Los Angeles, CA 90067-2904
10 Telephone: (310) 284-3871
Attorneys for Strategic Global Management, Inc., Appellant

**Case No. 2:20−cv−02029−DSF**
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRATEGIC GLOBAL MANAGEMENT, INC. <br><br> Appellant, <br><br> v. <br><br> VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <br><br> Appellees. | Case No. 2:20−cv−02029−DSF <br><br><br><br><br><br><br><br><br><br><br><br> CHAPTER 11 |
| In re <br> VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*., <br><br> Debtors and Debtors in Possession. | Lead Bankr. Case No.: 2:18-bk-20151-ER <br> (Jointly Administered) |

CC: BK COURT

1

| | |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, ST. VINCENT DIALYSIS CENTER, INC., a California nonprofit public benefit corporation, and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, and VERITY HOLDINGS, LLC, a California limited liability company; and<br><br>        Plaintiffs,<br>v.<br><br>KALI P. CHAUDHURI, M.D., an individual, STRATEGIC GLOBAL MANAGEMENT, INC., a California corporation, KPC HEALTHCARE HOLDINGS, INC. a California Corporation KPC HEALTH PLAN HOLDINGS, INC. a California Corporation, KPC HEALTHCARE, INC. a Nevada Corporation, KPC GLOBAL MANAGEMENT, LLC, a California Limited Liability Company, and DOES 1 through 500,<br><br>        Defendants. | Adversary Case No. 2:20-ap-01001-ER<br>(Reference of the Adversary Proceeding was withdrawn from the Bankruptcy Court, C.D. Cal. Case No. 2:20-vc-00613)<br><br>**ORDER DISMISSING APPEAL** |

The Court, having considered the "*Joint Stipulation Dismissing Appeal*" (the "Stipulation") entered into by and between appellant Strategic Global Management, Inc., appellees Verity Health System of California, Inc., *et al*. ("Verity"), and the Official Committee of Unsecured Creditors in Verity's bankruptcy cases, filed in the appeal herein bearing the case number 2:20−cv−02029−DSF (the "Appeal"), and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved.
2. The Appeal is dismissed, with each party to bear its own fees and costs on appeal.

IT IS SO ORDERED.

DATED: March 18, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE